# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MISTY D. BELEW**                                                                                          **PLAINTIFF**

VS.                                    No. 4:23-cv-00872 BRW/PSH

**MARTIN O'MALLEY[1], Commissioner,**
    **Social Security Administration**                                                 **DEFENDANT**

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Billy Roy Wilson. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court Clerk within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

---

[1] Martin O'Malley, the newly appointed Commissioner of the Social Security Administration, should be substituted as the defendant. Fed.R.Civ.P. 25(d).

1

## DISPOSITION

Defendant Martin O'Malley has filed an unopposed motion for voluntary remand (Doc. No. 10) requesting that this case be reversed and remanded for further administrative proceedings. For good cause, the Court recommends that the unopposed motion to reverse and remand be granted. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 12th day of March, 2024.

_____
UNITED STATES MAGISTRATE JUDGE