# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**MISTY D. BELEW**                                                                                       **PLAINTIFF**

**VS.**                          **CASE NO. 4:23-CV-00872 BRW/PSH**

**MARTIN O'MALLEY, Commissioner,**
   **Social Security Administration**                                                **DEFENDANT**

## ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge Patricia S. Harris. No objections have been filed. After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS SO ORDERED this 13th day of <u>March</u>, 2024.

                <u>     BILLY ROY WILSON          </u>
                UNITED STATES DISTRICT JUDGE